IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:26-cr-00014-M-BM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAQUAN COPELAND,

    Defendant.

ORDER

    This matter comes before the court on Defendant's Unopposed Motion for Access to Pretrial Services Report [DE 81]. Defendant asserts that he was arrested on the present charges in the Southern District of Texas (Case No. 4:26-mj-00297), the probation department in that district prepared and filed a pretrial services report under seal, and Defendant seeks an order from this court granting his counsel access to the report.

    For good cause shown, the motion is GRANTED. The U.S. Probation Office shall provide a copy of the pretrial services report prepared for Defendant in the Southern District of Texas to Defendant's counsel, Erin L. Wilson, and to the Assistant U.S. Attorney in this case, Ethan Ontjes.

    SO ORDERED this 25th day of June, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE